UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Professional Real Estate Services, Inc.
**Plaintiff**

-v-

Lincoln Property Company Commercial, Inc.
**Defendant**

**Judge Hellerstein**

Case No. **07 CIV 7175**

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiff_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



RECEIVED
AUG 1 0 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Date: 8/10/07

Signature of Attorney

Attorney Bar Code: LR 7799

Form Rule7_1.pdf