

**LINCOLN PROPERTY COMPANY**

August 28, 2007

*Via Facsimile*
The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

*So ordered. Defendant's time to respond is enlarged to September 30, 2007.*

*LAURA TAYLOR SWAIN U.S.D.J.*
*Part I*

RE: *Professional Real Estate Services, Inc. v. Lincoln Property Company Commercial, Inc.,* Case No. '07 CIV 7175, pending in the United States District Court for the Southern District of New York

Dear Judge Hellerstein:

I am the Chief Operating Officer of Lincoln Property Company Commercial, Inc. ("Lincoln"), the Defendant in the above-referenced lawsuit.

Lincoln respectfully requests that Your Honor adjourn or extend Lincoln's deadline to answer, object, move, reply, or otherwise respond to Plaintiff Professional Real Estate Services, Inc.'s Complaint in the above-referenced lawsuit until September 30, 2007. Lincoln's original date to answer, object, move, reply, or otherwise respond to Plaintiff's Complaint is September 4, 2007. There have been no previous requests for adjournment or extension of time. Plaintiff's counsel, Laura-Michelle Rizzo, Esq., stated that Plaintiff consents to Lincoln's request for adjournment or extension of time. To the best of my knowledge, there are no other dates scheduled after Lincoln's original date to answer, object, move, reply, or otherwise respond to Plaintiff's Complaint.

Thank you for your time and attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

LINCOLN PROPERTY COMPANY COMMERCIAL, INC.

Gregory S. Courtwright
Chief Operating Officer

Plaintiff consents to Lincoln's request for adjournment or extension of time *to 9/30/07.*

Counsel for Plaintiff

cc: Laura-Michelle Rizzo, Esq.

LINCOLN PROPERTY COMPANY
3300 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX 75201-3394
(214) 740-3300