UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
PROFESSIONAL REAL ESTATE SERVICES, INC.,   :

                             Plaintiff,   :   07 CIV 7175 (AKH)

         -against-   :

                                :   **RULE 7.1 STATEMENT**

LINCOLN PROPERTY COMPANY COMMERCIAL,   :
INC.,

                         Defendant.   :
-------------------------------------------------------------------- X

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant Lincoln Property Company Commercial, Inc. (a private non-governmental

party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said

party, which are publicly held:

     None.


Dated: New York, New York
       September 28, 2007



                                      **KANE KESSLER, P.C.**

                                      By:_____
                                        Jeffrey H. Daichman (JD-8802)
                                        1350 Avenue of the Americas
                                        New York, NY 10019
                                        (212) 541-6222 (telephone)
                                        (212) 245-3009 (facsimile)

#275809.1

Alan S. Loewinsohn
Texas Bar No. 12481600
Wilson E. Wray Jr.
Texas Bar No. 00797700
Loewinsohn Flegle Deary, L.L.P.
12377 Merit Drive, Suite 900
Dallas, TX 75251
(214) 572-1700 (telephone)
(214) 572-1717 (facsimile)

**ATTORNEYS FOR DEFENDANT
LINCOLN PROPERTY COMPANY
COMMERCIAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon

all counsel of record on this the 28th day of September, 2007, to the following address:

G. Robert Gage, Jr., Esq.
Laura-Michelle Rizzo, Esq.
GAGE SPENCER & FLEMING LLP
Attorneys for Plaintiff
410 Park Avenue
New York, NY 10022

JEFFREY H. DAICHMAN