UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROFESSIONAL REAL ESTATE       :    07 CIV 7175 (AKH)
SERVICES, INC.,
                               :
         Plaintiff,                 **AMENDED NOTICE**
                               :    **OF MOTION FOR**
    -against-                       **PRO HAC VICE ADMISSIONS**
                               :
LINCOLN PROPERTY COMPANY
COMMERCIAL, INC.,              :

         Defendant.            :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Jeffrey H. Daichman, sworn to October 2, 2007, defendant will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse located at 500 Pearl Street, New York, New York, on October 16, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order admitting Alan S. Loewinsohn, Wilson E. Wray, Jr., and P. William Stark, of Loewinsohn Flegle Deary, LLP, 12377 Merit Drive, Suite 900, Dallas, Texas 75251, 214-572-1700, *pro hac vice*, to act as counsel for Defendant in this action.

Dated: New York, New York
       October 2, 2007

                                    KANE KESSLER, P.C.


                                    By: _____
                                        Jeffrey H. Daichman (JD-8802)
                                    Attorneys for Defendant
                                    1350 Avenue of the Americas
                                    New York, New York 10019
                                    (212) 541-6222

#275764.1

TO:    G. Robert Gage, Jr., Esq.
Laura-Michelle Rizzo, Esq.
GAGE SPENCER & FLEMING LLP
Attorneys for Plaintiff
410 Park Avenue
New York, NY 10022

#275764.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROFESSIONAL REAL ESTATE  :  07 CIV 7175 (AKH)
SERVICES, INC.,
                                                                    :
                            Plaintiff,
                                                                    :  AFFIDAVIT
          -against-
                                                                    :
LINCOLN PROPERTY COMPANY
COMMERCIAL, INC.,                              :

                            Defendant.     :
------------------------------------------------------------X

STATE OF NEW YORK   )
                                           ) ss:
COUNTY OF NEW YORK )

       **JEFFREY H. DAICHMAN**, being duly sworn, deposes and says:

       1.      I am a member of Kane Kessler, P.C., local counsel for Defendant in the above-entitled action. I have been a member in good standing of the Bar of this Court since 1975. I submit this affidavit in support of Defendant's application to permit Alan S. Loewinsohn, Wilson E. Wray, Jr., and P. William Stark, of Loewinsohn Flegle Deary, LLP, to act as counsel, *pro hac vice*, for Defendant in the above-captioned action.

       2.      A current certificate attesting to Mr. Loewinsohn's good standing with the Texas Bar is annexed hereto. The applicant is of high moral character.

       3.      A current certificate attesting to Mr. Wray's good standing with the Texas Bar is annexed hereto. The applicant is of high moral character.

       4.      A current certificate attesting to Mr. Stark's good standing with the Texas Bar is annexed hereto. The applicant is of high moral character.

       5.      Proposed Orders are submitted hereto for the convenience of the Court.

#276024.1

**WHEREFORE**, I apply for the admissions of Alan S. Loewinsohn, Wilson E. Wray, Jr., and P. William Stark, *pro hac vice* to act as counsel for Defendant in the above-captioned action.

                                            _____
                                                      JEFFREY H. DAICHMAN

Sworn to before me this
2nd day of October, 2007

_____
Notary Public

                           SANDRA AYALA
                     Notary Public, State of New York
                           No. 01AY6106588
                        Qualified in Nassau County
                  Term Expires March 8, 20 ○○

#276024.1

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Alan S. Loewinsohn**, Bar # **12481600**, was duly admitted to practice in said Court on **11/16/79**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **09/27/07**.

Karen Mitchell

BY: *(signature)*
Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **P. William Stark**, Bar # **24046902**, was duly admitted to practice in said Court on **12/02/04**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **09/27/07**.

Karen Mitchell

BY: _/s/_
Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Wilson E. Wray Jr.**, Bar # **00797700**, was duly admitted to practice in said Court on **02/07/97**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **09/27/07**.

Karen Mitchell

BY: _____
Deputy Clerk

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

       I, **SANDRA AYALA**, being duly sworn, say:

       I am not a party to the within action, am over 18 years of age, and reside at Levittown, New York.

       On October 2, 2007, I served the within:

### NOTICE OF MOTION FOR PRO HAC VICE ADMISSIONS

by delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

    G. Robert Gage, Jr., Esq.
    Laura-Michelle Rizzo, Esq.
    GAGE SPENCER & FLEMING LLP
    410 Park Avenue
    New York, NY 10022

_____
                           **SANDRA AYALA**

Sworn to before me this
2nd day of October, 2007

_____
Notary Public
CLARA LOUISE KAISER
Notary Public, State of New York
No. 01KA4922949
Qualified in Nassau County
Commission Expires March 7, 2010

#275764.1