```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROFESSIONAL REAL ESTATE     :     07 CIV 7175 (AKH)
SERVICES, INC.,
                             :
       Plaintiff,
                             :     ORDER FOR ADMISSION
  -against-                        TO PRACTICE PRO HAC VICE
                             :
LINCOLN PROPERTY CO.
COMMERCIAL, INC.,            :

       Defendant.            :
------------------------------------------------------------X

Alan S. Loewinsohn, Esquire, having represented that he is a member in good standing of the bar of the State of Texas and United States District Court for the District of Texas; having requested admission *pro hac vice* to represent Defendant in the above captioned action,

It is hereby **ORDERED** that Alan S. Loewinsohn, Esquire is admitted to practice, *pro hac vice* in the above captioned action, in the United States District Court, Southern District of New York, subject to payment of the filing fee.

                                                  Hon. Alvin K. Hellerstein
                                                  United States District Judge

Dated: New York, New York
      10-9, 2007

#275763.1