UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PROFESSIONAL REAL ESTATE        :   07 CIV 7175 (AKH)
SERVICES, INC.,
                                :
            Plaintiff,
                                :   ORDER FOR ADMISSION
        -against-                   TO PRACTICE PRO HAC VICE
                                :
LINCOLN PROPERTY CO.
COMMERCIAL, INC.,               :

            Defendant.          :
-----------------------------------------------------------X

P. William Stark, Esquire, having represented that he is a member in good standing of the bar of the State of Texas and United States District Court for the District of Texas; having requested admission *pro hac vice* to represent Defendant in the above captioned action,

It is hereby **ORDERED** that P. William Stark, Esquire is admitted to practice, *pro hac vice* in the above captioned action, in the United States District Court, Southern District of New York, subject to payment of the filing fee.

                                    _____
                                    Hon. Alvin K. Hellerstein
                                    United States District Judge

Dated: New York, New York
       10-9, 2007

#275763.1