UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PROFESSIONAL REAL ESTATE   :   07 CIV 7175 (AKH)
SERVICES, INC.,
                           :
            Plaintiff,
                           :   ORDER FOR ADMISSION
      -against-                TO PRACTICE PRO HAC VICE
                           :
LINCOLN PROPERTY CO.
COMMERCIAL, INC.,          :

            Defendant.     :
-----------------------------------------------------------X

    Wilson E. Wray, Jr., Esquire, having represented that he is a member in good standing of the bar of the State of Texas and United States District Court for the District of Texas; having requested admission *pro hac vice* to represent Defendant in the above captioned action,

    It is hereby **ORDERED** that Wilson E. Wray, Jr., Esquire is admitted to practice, *pro hac vice* in the above captioned action, in the United States District Court, Southern District of New York, subject to payment of the filing fee.

                                                    _____
                                                    Hon. Alvin K. Hellerstein
                                                    United States District Judge

Dated: New York, New York
       10-9, 2007

#275763.1