UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PROFESSIONAL REAL ESTATE  : 07 CIV 7175 (AKH)
SERVICES, INC.,
                                                            :
                              Plaintiff,     NOTICE OF MOTION FOR
                                                            :   PRO HAC VICE ADMISSION
      -against-
                                                            :
LINCOLN PROPERTY COMPANY
COMMERCIAL, INC.,                           :

                              Defendant.    :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed affidavit of Jeffrey H. Daichman, sworn to November 29, 2007, defendant will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order admitting Carol E. Farquhar, of Loewinsohn Flegle Deary, LLP, 12377 Merit Drive, Suite 900, Dallas, Texas 75251, 214-572-1700, *pro hac vice*, to act as counsel for Defendant in this action.

Dated: New York, New York
       November 29, 2007

                                        KANE KESSLER, P.C.

                                        By: _____
                                             Jeffrey H. Daichman (JD-8802)
                                        Attorneys for Defendant
                                        1350 Avenue of the Americas
                                        New York, New York 10019
                                        (212) 541-6222

TO:   G. Robert Gage, Jr., Esq.
      Laura-Michelle Rizzo, Esq.
      GAGE SPENCER & FLEMING LLP
      Attorneys for Plaintiff
      410 Park Avenue
      New York, NY 10022

#275764.2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

I, **SANDRA AYALA**, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside at Levittown, New York.

On November 29, 2007, I served the within:

### NOTICE OF MOTION FOR PRO HAC VICE ADMISSIONS

by delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

G. Robert Gage, Jr., Esq.
Laura-Michelle Rizzo, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, NY 10022

_____
SANDRA AYALA

Sworn to before me this
29th day of November, 2007

_____
Notary Public

SUSAN KAPLAN
Notary Public, State of New York
No. 01KA5008179
Qualified in Kings County
Commission Expires February 15, 20__

#275764.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROFESSIONAL REAL ESTATE       :    07 CIV 7175 (AKH)
SERVICES, INC.,
                               :
              Plaintiff,
                               :    AFFIDAVIT
     -against-
                               :
LINCOLN PROPERTY COMPANY
COMMERCIAL, INC.,              :

              Defendant.       :
------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK )

      JEFFREY H. DAICHMAN, being duly sworn, deposes and says:

    1.    I am a member of Kane Kessler, P.C., local counsel for Defendant in the above-entitled action. I have been a member in good standing of the Bar of this Court since 1975. I submit this affidavit in support of Defendant's application to permit Carol E. Farquhar of Loewinsohn Flegle Deary, LLP, to act as counsel, *pro hac vice*, for Defendant in the above-captioned action.

    2.    A current certificate attesting to Ms. Farquhar's good standing with the Texas Bar is annexed hereto. The applicant is of high moral character.

    3.    Proposed Order is submitted hereto for the convenience of the Court.

    **WHEREFORE,** I apply for the admission of Carol E. Farquhar, *pro hac vice* to act as counsel for Defendant in the above-captioned action.

                                                      JEFFREY H. DAICHMAN

Sworn to before me this
____ day of November, 2007

_____
      Notary Public

                                SANDRA AYALA
                      Notary Public, State of New York
                          No. 01AY6106588
                     Qualified in Nassau County
                  Term Expires March 8, 20 08

#276024.2

# Certificate of Good Standing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Carol E. Farquhar**, Bar # **06828300**, was duly admitted to practice in said Court on **12/18/79**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **11/16/07**.

Karen Mitchell

BY: _____
Deputy Clerk