SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PROFESSIONAL REAL ESTATE          :    07 CIV 7175 (AKH)
SERVICES, INC.,
                                  :
            Plaintiff,                 NOTICE OF MOTION FOR
                                  :    PRO HAC VICE ADMISSION

    -against-                     :

LINCOLN PROPERTY COMPANY          :
COMMERCIAL, INC.,
                                  :
            Defendant.            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/07

PLEASE TAKE NOTICE that upon the annexed affidavit of Jeffrey H. Daichman, sworn to November 29, 2007, defendant will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order admitting Carol E. Farquhar, of Loewinsohn Flegle Deary, LLP, 12377 Merit Drive, Suite 900, Dallas, Texas 75251, 214-572-1700, *pro hac vice*, to act as counsel for Defendant in this action.

Dated: New York, New York
       November 29, 2007

So ordered
12/10/07

                                       KANE KESSLER, P.C.

                                       By: _____
                                           Jeffrey H. Daichman (JD-8802)
                                       Attorneys for Defendant
                                       1350 Avenue of the Americas
                                       New York, New York 10019
                                       (212) 541-6222

TO:    G. Robert Gage, Jr., Esq.
       Laura-Michelle Rizzo, Esq.
       GAGE SPENCER & FLEMING LLP
       Attorneys for Plaintiff
       410 Park Avenue
       New York, NY 10022

#275764.2