UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PROFESSIONAL REAL ESTATE : 07 CIV 7175 (AKH)
SERVICES, INC.,
: 
                    Plaintiff,
: STIPULATION OF DISMISSAL
      -against-
:
LINCOLN PROPERTY COMPANY
COMMERCIAL, INC., :

                    Defendant. :
-----------------------------------------------------------X



DATE FILED: 1-8-08

RECEIVED JAN 07 2008

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties hereto, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above action is hereby dismissed with prejudice, each party to bear its own costs.

Dated: New York, New York
      January 2, 2007

So ordered
1/7/08
[signature]

G. Robert Gage, Jr. (GG 3951)
William B. Fleming (WF 0411)
Laura-Michelle Rizzo (LR 7799)
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, NY 10022
Phone (212) 768-4900
Fax (212) 768-3629

**ATTORNEYS FOR PLAINTIFF
PROFESSIONAL REAL ESTATE
SERVICES, INC.**

Jeffrey H. Daichman (JD-8802)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
Phone (212) 541-6222
Fax (212) 245-3009

#280047.1

Alan S. Loewinsohn
Texas Bar No. 12481600
Carol E. Farquhar
Texas Bar No. 06828300
Wilson E. Wray Jr.
Texas Bar No. 00797700
LOEWINSOHN FLEGLE DEARY, LLP
12377 Merit Drive, Suite 900
Dallas, TX 75251
Phone (214) 572-1700
Fax (214) 572-1717

**ATTORNEYS FOR DEFENDANT
LINCOLN PROPERTY COMPANY
COMMERCIAL, INC.**