# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/07

December 19, 2007

Via Hand Delivery
Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, New York 10007

Re:     *Professional Real Estate Services, Inc. v. Lincoln Property Company
        Commercial, Inc.*, 07 CIV 7175

Dear Judge Hellerstein:

The parties in the above-referenced matter are jointly writing to advise the Court that they are currently engaged in settlement discussions. Accordingly, we respectfully request that the court conference currently scheduled for December 21, 2007 be adjourned until January 18, 2008 to allow the parties to finalize a settlement.

Respectfully submitted,

Laura-Michelle Rizzo

cc:   Alan Loewinsohn, Esq. (by facsimile to 212-572-1717)
      Carol Farquar, Esq. (by facsimile to 212-572-1717)
      Jeffrey H. Daichman, Esq. ( by facsimile to 212-245-3009)

So ordered, 9:30 a.m.
12-20-07

MEMO ENDORSED

MICROFILMED DEC 2 6 2007